UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARVIN LLOYD FLOWERS-ROSCOE,

Petitioner,

v.

RICHARD MORGAN,

Respondent.

Case No. C05-5643FDB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. Karen L. Strombom United States Magistrate Judge, objections to the Report and Recommendation, and the remaining record, the Court concludes that Petitioner's objections are merely a recharacterization of his earlier response to the Magistrate Judge's order to show cause. Therefore, the Court does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) The petition is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Report and Recommendation.

(3) The clerk is directed to send copies of this Order to Petitioner, and to the Hon. Karen L. Strombom.

DATED this 23rd day of January 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER -1